IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 12-mj-4784 |
| SAMUEL A. NIMO | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR RETURN OF PASSPORT**

The defendant, Samuel A. Nimo, by his undersigned counsel, hereby submits this Motion For Return of Passport, and states:

This is a criminal matter in which Mr. Nimo appeared in this District pursuant to F.R.C.P. 5 as a result of an indictment out of the Western District of Oklahoma. The sole purpose of Mr. Nimo's appearance in this Court was to resolve identity issues and release conditions. Mr. Nimo's release conditions were fixed in this District and among those conditions was the surrender of his passport. Mr. Nimo is a United States citizen. Mr. Nimo ultimately pled guilty to the delivery of a firearm without notice to the carrier and theft of government property. He was sentenced to a year and a day. He has completed his term of incarceration, and he has begun his supervised release. Given that the surrender of his passport was a condition of pretrial release, and given that there appears to be no further rationale for the passport being retained by the Clerk's Office, it is respectfully requested that the Court order the passport to be released to his undersigned counsel so it can be delivered to Mr. Nimo who resides in the State of Oklahoma. Joseph Schuetz is the U.S. Probation Officer in the Western District of Oklahoma who has the responsibility for supervising Mr. Nimo. Undersigned counsel has communicated with Mr. Schuetz, and Mr. Schuetz does not oppose the return of the passport. Debra J. Dwyer, Esquire, is the Assistant U.S. Attorney who was

responsible for the matter while it was in this District. Because U.S. Probation consents to the return of the passport, Ms. Dwyer does as well. A proposed order is attached.

                                        Respectfully submitted,

                                        JAMES WYDA
                                        Federal Public Defender

                                        _____/s/_____
                                        JOSEPH L. EVANS, 02055
                                        Staff Attorney
                                        100 South Charles Street
                                        Tower II, Suite 900
                                        Baltimore, Maryland  21201
                                        (410) 962-3962
                                        (410) 962-0872
                                        joseph_evans@fd.org